# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1170**  **September Term, 2023**

EPA-89FR23294

Filed On: June 3, 2024 [2057632]

Cleveland-Cliffs, Inc.,

        Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

        Respondents

## O R D E R

The petition for review in this case was filed and docketed on June 3, 2024, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 3, 2024 |
| Docketing Statement Form | July 3, 2024 |
| Procedural Motions, if any | July 3, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 3, 2024 |
| Statement of Issues to be Raised | July 3, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | July 3, 2024 |
| Dispositive Motions, if any | July 18, 2024 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | July 3, 2024 |
| Procedural Motions, if any | July 3, 2024 |
| Certified Index to the Record | July 18, 2024 |
| Dispositive Motions, if any | July 18, 2024 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                               BY:     /s/
                                                    Erica M. Thorner
                                                    Deputy Clerk

The following forms and notices are available on the Court's website:

       Agency Docketing Statement Form
       Entry of Appearance Form
       Request to Enter Appellate Mediation Program
       Notice Concerning Expedition of Appeals and Petitions for Review
       Stipulation to be Placed in Stand-By Pool of Cases