# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1170**                              **September Term, 2023**

EPA-89FR23294

**Filed On: June 4, 2024** [2057835]

Cleveland-Cliffs, Inc.,

       Petitioner

   v.

Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency,

       Respondents

------------------------------

Consolidated with 24-1171, 24-1177

## **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case nos. 24-1171 and 24-1177 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | July 5, 2024 |
| Statement of Issues to be Raised | July 5, 2024 |

                     **FOR THE COURT:**
                     Mark J. Langer, Clerk
BY:   /s/
                     Erica M. Thorner
                     Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form