# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-1170 September Term, 2024

EPA-89FR23294

**Filed On:** January 13, 2025

Cleveland-Cliffs, Inc.,

    Petitioner

v.

Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency,

    Respondents

------------------------------

Clean Air Council, et al.,
    Intervenors

------------------------------

Consolidated with 24-1171, 24-1177

**BEFORE:** Srinivasan, Chief Judge, and Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for reconsideration en banc of the court's October 24, 2024 order denying the motions for stay, it is

**ORDERED** that the motion for reconsideration en banc be denied.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

* Circuit Judge Henderson did not participate in this matter.