# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-1354**  **September Term, 2024**

EPA-85FR42074

**Filed On:** February 21, 2025

American Iron and Steel Institute and United States Steel Corporation,

        Petitioners

   v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

        Respondents

------------------------------

Clean Air Council, et al.,
        Intervenors

------------------------------

Consolidated with 20-1355


**No. 24-1170**

EPA-89FR23294

Cleveland-Cliffs, Inc.,

        Petitioner

   v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

        Respondents

------------------------------

Clean Air Council, et al.,
        Intervenors

------------------------------

Consolidated with 24-1171, 24-1177

**BEFORE:**    Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to establish briefing schedule filed in No. 24-1170, et al.; the motion to consolidate No. 20-1354, et al., with No. 24-1170, et al., the oppositions thereto, and the reply; and the motion to hold No. 20-1354, et al. in abeyance, the oppositions thereto, and the reply, it is

**ORDERED** that the motion to hold No. 20-1354, et al., in abeyance be denied. It is

**FURTHER ORDERED** that the motion to consolidate be granted and the above-captioned cases be consolidated. It is

**FURTHER ORDERED**, on the court's own motion, that the parties submit, within 14 days from the date of this order, proposed formats for the briefing of these consolidated cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**Per Curiam**

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                     BY:     /s/
                                    Selena R. Gancasz
                                    Deputy Clerk