# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

| | |
|---|---|
| **No. 20-1354** | **September Term, 2024** |
| | EPA-85FR42074 |
| | EPA-89FR23294 |
| | **Filed On:** March 18, 2025 |

American Iron and Steel Institute and United States Steel Corporation,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

    Respondents

------------------------------

Clean Air Council, et al.,
    Intervenors

------------------------------

Consolidated with 20-1355, 24-1170, 24-1171, 24-1177

## O R D E R

    Upon consideration of the unopposed motion of NAACP LaPorte County Branch 3061 to withdraw as a petitioner, it is

    **ORDERED** that the motion be granted. The Clerk is directed to note the docket to reflect the withdrawal of NAACP LaPorte County Branch 3061 as a petitioner in No. 20-1355.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

             BY:    /s/
                    Elbert Lestrade
                    Deputy Clerk