# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 20-1354** | **September Term, 2025** |
| | EPA-85FR42074 |
| | EPA-89FR23294 |
| | Filed On: September 30, 2025 [2137942] |

American Iron and Steel Institute and
United States Steel Corporation,

      Petitioners

    v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

      Respondents

------------------------------

Clean Air Council, et al.,
      Intervenors

------------------------------

Consolidated with 20-1355, 24-1170, 24-1171, 24-1177

## O R D E R

    Upon consideration of respondents' unopposed motion for leave to file out of time, it is

    **ORDERED** that the motion be granted. Respondents' motion to hold case in abeyance docketed on September 29, 2025 is deemed timely filed.

                                     **FOR THE COURT:**
                                     Clifton B. Cislak, Clerk

                             BY:    /s/
                                     Catherine J. Lavender
                                     Deputy Clerk