| | |
|---|---|
| **No. 20-1354** | **September Term, 2025** |
| | EPA-85FR42074 |
| | EPA-89FR23294 |
| | **Filed On: December 9, 2025** [2149596] |

American Iron and Steel Institute and
United States Steel Corporation,

       Petitioners

    v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

       Respondents

------------------------------

Clean Air Council, et al.,
       Intervenors

------------------------------

Consolidated with 20-1355, 24-1170,
24-1171, 24-1177

## O R D E R

    Upon consideration of environmental petitioners and intervenors' unopposed motion for leave to file out of time, it is

    **ORDERED** that the motion be granted. The motion to govern future proceedings submitted on December 3, 2025 is deemed timely filed.

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                                     BY:   /s/
                                                    Catherine J. Lavender
                                                    Deputy Clerk